# Court of Appeals
# of the State of Georgia

ATLANTA, <u>September 26, 2012</u>

*The Court of Appeals hereby passes the following order:*

**A13A0087. GEORGE BENASHVILI v. LYNN GROGAN.**

George Benashvili filed a civil action against Lynn Grogan. After a bench trial, the trial court entered an order on June 4, 2012, in which it ruled in Grogan's favor, having found that the plaintiff's claim lacked merit. Benashvili filed his notice of appeal on July 24, 2012. Grogan has filed a motion to dismiss Benashvili's appeal on the ground that it is untimely.

OCGA § 5-6-38 (a) requires that a notice of appeal be filed within 30 days of entry of the order on appeal. The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997). Because Benashvili filed his notice of appeal 50 days after the trial court entered its order, the appeal is untimely. Accordingly, Grogan's motion to dismiss is hereby GRANTED, and this appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, <u>09/26/2012</u>
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*